UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARIO V. BAYNES,

       Petitioner,

File No. 1:03-CV-835

v.

HON. ROBERT HOLMES BELL

KURT JONES,

       Respondent.
                                       /

## O R D E R

In accordance with the opinion entered this date,

**IT IS HEREBY ORDERED** that Petitioner's objections to the Magistrate Judge's April 6, 2006 Report and Recommendation (Docket #32) are **OVERRULED**.

**IT IS FURTHER ORDERED** that the Magistrate Judge's April 6, 2006 Report and Recommendation is **APPROVED** and **ADOPTED** as the opinion of the Court.

Date:    June 6, 2006            /s/ Robert Holmes Bell
                                              ROBERT HOLMES BELL
                                              CHIEF UNITED STATES DISTRICT JUDGE